# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARISELA BERNAL,

        Plaintiffs,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,

        Defendants.

Case No.: 2:22-cv-1907-GMN-VCF

**ORDER**

On February 6, 2023, the Court granted the extension requested and ordered Plaintiff Marisela Bernal ("Plaintiff"), Defendant Experian Information Solutions, Inc., and Defendant Allied Collection Services, Inc. (collectively, "the parties") to file dismissal documents no later than April 7, 2023, or a joint status report informing the Court of the status of settlement. (*See* Min. Order, ECF No. 9). When the parties missed the April 7 deadline, the Court scheduled an 8:00 am hearing for April 28, 2023 but provided the hearing could be vacated if the required documents were filed by 12 noon on April 27, 2023. (*See* Min. Order, ECF No. 10). To date, no documents have been filed and no parties appeared at the 8:00 am status conference on April 28, 2023. (Min. Proceedings, ECF No. 11).

**IT IS HEREBY ORDERED** that Plaintiff show cause as to why the Court should not impose sanctions, including dismissal this action, for failure to comply with the Court's deadlines or attend the hearing. Plaintiff shall have until 12:00 noon on May 5, 2023, to respond to this Order to Show Cause.

Dated this __28__ day of April, 2023.

_____
Gloria M. Navarro, District Judge
United States District Court